UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-976-PSG (DTBx) | Date | February 4, 2014 |
|---|---|---|---|
| Title | LEONIDA DE LOS REYES -VS- METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | | |

Present: The Honorable  PHILIP S. GUTIERREZ

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER

Based on counsel's failure to appear at the scheduling conference today, the Court dismisses this action for failure to prosecute.

Initials of Preparer    wh